**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica Rose Lynn Torres, Carlos Alberto Ochoa
Deseano, Francisco Valdez Garcia, and Jose Gonzalez,
Defendants,

Of whom Jessica Rose Lynn Torres is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-001544

———————————

Appeal From Spartanburg County
M. Todd Thigpen, Family Court Judge

———————————

Unpublished Opinion No. 2021-UP-271
Submitted June 17, 2022 – Filed June 21, 2022

———————————

**AFFIRMED**

———————————

Nancy Carol Fennell, of Irmo, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC,
of Mauldin, for Respondent.

Wendy Nicole Griffith, of Talley Law Firm, P.A., of Spartanburg, as the Guardian ad Litem.

_____

**PER CURIAM:**  Jessica Rose Lynn Torres appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Torres's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

_____

[1] We decide this case without argument pursuant to Rule 215, SCACR.